## OSBORNE *v.* SIMS, next friend.

LUMPKIN, P. J. This case turned in the magistrate's court entirely upon a question of fact ; and the verdict for the plaintiff being supported by evidence, the judge of the superior court did not abuse his discretion in overruling the petition for certiorari sued out by defendant, the same being based solely upon the grounds that the verdict was contrary to law and contrary to the evidence.

*Judgment affirmed. All the Justices concurring, except Little and Lewis, JJ., absent.*

Submitted March 1, — Decided April 1, 1902.

Certiorari. Before Judge Brinson. Richmond superior court. May 17, 1901.

*F. T. & J. B. Lockhart,* for plaintiff in error.
*B. B. McCowen,* contra.